# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146627-8(49)(52)(53)

_____

AHMED CHAKKOUR,
        Petitioner-Appellee,

v

TONYA CHAKKOUR,
        Respondent-Appellant.

SC: 146627
COA: 309854
Wayne CC: 11-104461-PP

_____/

TONYA CHAKKOUR,
        Plaintiff-Appellant,

v

AHMED CHAKKOUR,
        Defendant-Appellee.

SC: 146628
COA: 310006
Wayne CC: 11-103999-DM

_____/

On order of the Court, the motion for immediate consideration of the motion for peremptory reversal is GRANTED. The motion for reconsideration of this Court's March 22, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for peremptory reversal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2013

d0423

_____
Clerk